December 28, 1906, which reversed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of attempt to commit forgery in the first degree.

*William Travers Jerome, District Attorney* (*E. Crosby Kindleberger* of counsel), for appellant.

*Clark L. Jordan* and *Charles Lex Brooke* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

FANNIE KOPPER, Respondent, *v.* CITY OF YONKERS, Appellant.

*Kopper* v. *City of Yonkers,* 110 App. Div. 747, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 3, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Francis A. Winslow* and *William J. Wallin* for appellant.

*Thomas F. Curran* and *William F. Bleakley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

RICHARD A. PEABODY, Respondent, *v.* THE ANTHONY & SCOVILL COMPANY, Appellant.

*Peabody* v. *Anthony & Scovill Co.,* 104 App. Div. 631, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

5, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to rescind an alleged sale of stock.

*Louis Marshall* and *Samuel H. Evins* for appellant.

*Thomas .Thacher* and *Mark Hyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

ELIZA POLAND, Appellant, *v.* UNITED TRACTION COMPANY, Respondent.

*Poland* v. *United Traction Co.*, 112 App. Div. 907, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 19, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*George B. Wellington* for appellant.

*John E. MacLean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT and HISCOCK, JJ. Dissenting: EDWARD T. BARTLETT and VANN, JJ. Not sitting: CHASE, J.

---

FRANCIS J. MARKHAM, Respondent, *v.* DAVID STEVENSON BREWING COMPANY, Appellant.

*Markham* v. *Stevenson Brewing Co.*, 111 App. Div. 178, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March